IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| SUEVALE LEAENO, JR.,<br><br>Plaintiff,<br><br>vs.<br><br>FRANK BISIGNANO, Commissioner of Social Security,<br><br>Defendant. | Civil No. 24-00038 MWJS-WRP<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION TO GRANT PLAINTIFF'S COUNSEL'S PETITION FOR 406(b) FEES |

### ORDER ADOPTING FINDINGS AND RECOMMENDATION TO GRANT PLAINTIFF'S COUNSEL'S PETITION FOR 406(b) FEES

Findings and Recommendation having been filed and served on all parties on September 18, 2025, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to 28 U.S.C. § 636(b)(1)(C) and Local Rule 74.1, the Magistrate Judge's Findings and Recommendation to Grant Plaintiff's Counsel's Petition for 406(b) Fees, Dkt. No. 23, filed September 18, 2025, are adopted as the opinion and order of this court.

//

//

//

//

IT IS SO ORDERED.

DATED: October 22, 2025, at Honolulu, Hawaiʻi.



/s/ Micah W.J. Smith

Micah W.J. Smith
United States District Judge

Civil No. 24-00038 MWJS-WRP, *Suevale Leaeno, Jr. v. Frank Bisignano*; ORDER ADOPTING FINDINGS AND RECOMMENDATION TO GRANT PLAINTIFF'S COUNSEL'S PETITION FOR 406(b) FEES

2